1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLARENDON NATIONAL INSURANCE COMPANY and INSURANCE CORPORATION OF HANNOVER,<br><br>Plaintiffs,<br><br>vs.<br><br>FRANCISCO CRUZ; CONNIE CRUZ; FERNANDO CRUZ; ANTONIA CRUZ; JUAN RAMOS CRUZ; MARIA LUISA FRAUSTO DE CRUZ; BRENDA CRUZ, a minor by and through her Guardian Ad Litem, MARIA LUISA FRAUSTO DE CRUZ; DIANA LAURA CRUZ FRAUSTO, a minor by and through her Guardian Ad Litem, MARIA LUISA FRAUSTO DE CRUZ; JAIME CRUZ FRAUSTO, a minor by and through her Guardian Ad Litem, MARIA LUISA FRAUSTO DE CRUZ; LIZETTE CRUZ FRAUSTO, a minor by and through her Guardian Ad Litem, MARIA LUISA FRAUSTO DE CRUZ; VIKTOR KHASHCHUK; VALERY TUTELYA; TVN TRANSPORTATION, INC., a Nevada Corporation; AMERICOLD LOGISTICS, LLC, a Delaware Corporation; IGOR PARFENOV; IGOR PARFENOV d.b.a. DC TRANSPORT; ADVANTAGE SYSTEMS, INC., an Iowa Corporation; CITY OF TRACY; COUNTY OF SAN JOAQUIN; STATE OF CALIFORNIA; and, DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No.:  CIV.S-04-853 MCE PAN<br><br>**ORDER ON DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[F.R.C.P. 41(a)(1)]** |

/ / /

1
2    **GOOD CAUSE APPEARING** and pursuant to Federal Rule of Civil Procedure 41(a)(1) and
3    parties' written stipulation to dismissal of this action with prejudice on file with the Court,
4    **IT IS HEREBY ORDERED** that this action is dismissed with prejudice.
5    **SO ORDERED**.
6
7    Dated: April 18, 2005
8    _____
       MORRISON C. ENGLAND, JR
9      UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28